IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: JANET T. MORRISSEY                        )
                                                 )
                                                 )
SELECT PORTFOLIO SERVICING, INC./THE             )
BANK OF NEW YORK, AS TRUSTEE FOR THE             )
HOLDERS OF THE EQCC ASSET BACKED                 )
CERTIFICATES, SERIES 2001-2,                     )
            Creditor,                            )
                                                 )
     vs.                                         ) CASE NO. 06B03987
                                                 ) JUDGE SUSAN PIERSON SONDERBY
JANET T. MORRISSEY,                              )
                              Debtor             )
                                                 )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Select Portfolio Servicing, Inc./The Bank of New York, as Trustee FOR THE HOLDERS OF THE EQCC ASSET BACKED CERTIFICATES, SERIES 2001-2, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the October 1, 2010 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of September 2, 2010.

    a. Attorney's Fees          $250.00

    b. Payment (10/10)          $1,594.33

    c. Escrow Balance           $5,995.69

    Total                       $7,840.02

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Select Portfolio Servicing, Inc./The Bank of New York, as Trustee FOR THE HOLDERS OF THE EQCC ASSET BACKED CERTIFICATES, SERIES 2001-2 rights to collect these amounts will remain unaffected.

    Respectfully Submitted,
Select Portfolio Servicing, Inc./The Bank of New York, as Trustee FOR THE HOLDER S OF THE EQCC ASSET BACKED CERTIFICATES, SERIES 2001-2

/s/Toni Dillon
Toni Dillon
ARDC#6289370

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088